STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ASHWIN JANAKIRAM (Cal. Bar No. 277513)
Special Assistant United States Attorney
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2875/0282
     Facsimile: (213) 894-0141/3713
     E-mail:    ashwin.janakiram@usdoj.gov
                nathaniel.walker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0038-R |
| Plaintiff, | ORDER RE DEFENDANT'S MOTION TO DISMISS AND MOTIONS IN LIMINE |
| v. | |
| JOSE R. CHAVEZ GONZALEZ, aka "Beto," | |
| Defendant. | |

For the reasons stated on the record at the hearing on April 20, 2015, the Court makes the following orders:

Defendant's motion to dismiss the indictment is DENIED.

Defendant's motion *in limine* to exclude defendant's statements is DENIED.

Defendant's motion *in limine* to exclude certain audio and video recordings is DENIED (CR-14-405-R).

Defendants' motion in limine to exclude expert testimony is GRANTED IN PART and DENIED IN PART (CR-14-405-R).

IT IS SO ORDERED.

April 22, 2015
DATE

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
NATHANIEL B. WALKER
Assistant United States Attorney